Note.—See under (1) 18 C. J. p. 1181, §90; 9 R. C. L. 204. (2) 18 C. J. p. 1181, §90 (Anno); 31 Cyc. p. 651.

## COLEMAN v. BROWNING.

No. 17624. Opinion Filed Sept. 20, 1927.

Commissioners' Opinion, Division No. 2.

Error from District Court, Osage County; Jesse J. Worten, Judge.

Action by K. C. Coleman against W. E. Browning. Appeal from an order dismissing petition. Affirmed.

Twyford & Smith, Leo G. Mann, and Edward A. Jacobson, for plaintiff in error.

Hamilton, Gross & Howard, for defendant in error.

DIFFENDAFFER, C. The facts and law applicable thereto in this cause being substantially the same as in cause No. 17625, Langley v. Hamilton, 127 Okla. 35, 259 Pac. 575, wherein an opinion has this day been rendered, the opinion and syllabus therein rendered are adopted as the syllabus and opinion in this case, and the judgment of the trial court should be affirmed.

TEEHEE, HERR, HALL, and REID, Commissioners, concur.

By the Court: It is so ordered.

## LANGLEY v. FIRST NAT. BANK OF PAWHUSKA.

No. 17626. Opinion Filed Sept. 20, 1927.

Commissioners' Opinion, Division No. 2.

Error from District Court, Osage County; Jesse J. Worten, Judge.

Action by L. M. Langley against the First National Bank of Pawhuska, Okla. Appeal from an order dismissing petition. Affirmed.

Twyford & Smith, Leo G. Mann, and Edward A. Jacobson, for plaintiff in error.

Hamilton, Gross & Howard, for defendant in error.

DIFFENDAFFER, C. The facts and law applicable thereto in this cause being substantially the same as in cause No. 17625, Langley v. Hamilton. 127 Okla. 35, 259 Pac. 575. wherein an opinion has this day been rendered, the opinion and syllabus therein rendered are adopted as the syllabus and opinion in this case, and the judgment of the trial court should be affirmed.

TEEHEE, HERR, HALL, and REID, Commissioners, concur.

By the Court: It is so ordered.

## LANGLEY v. SMITH.

No. 17627. Opinion Filed Sept. 20, 1927.

Commissioners' Opinion, Division No. 2.

Error from District Court, Osage County; Jesse J. Worten, Judge.

Action by L. M. Langley against Jeff Smith. Appeal from an order dismissing petition. Affirmed.

Twyford & Smith, Leo G. Mann, and Edward A. Jacobson, for plaintiff in error.

Hamilton, Gross & Howard, for defendant in error.

DIFFENDAFFER, C. The facts and law applicable thereto in this cause being substantially the same as in cause No. 17625, Langley v. Hamilton, 127 Okla. 35, 259 Pac. 575, wherein an opinion has this day been rendered, the opinion and syllabus therein rendered are adopted as the syllabus and opinion in this case, and the judgment of the trial court should be affirmed.

TEEHEE, HERR, HALL, and REID, Commissioners, concur.

By the Court: It is so ordered.

## SHEEGOG v. INCORPORATED TOWN OF LINDSAY et al.

No. 17536. Opinion Filed Sept. 20, 1927.

(Syllabus.)

Appeal and Error—Record—Necessity for Final Judgment—Dismissal of Appeal with Directions for New Trial Where Lower Court Refused to Render Judgment.

The record which fails to contain a copy of the final order or judgment sought to be reviewed presents no question to this court for its determination, and on motion of the defendant in error, the appeal will be dismissed, but where the record affirmatively shows that, after a partial trial, the lower court refused to proceed further and refused to render any judgment from which an appeal might be perfected, this court, under its superintending control over inferior courts, will, in dismissing the appeal, direct the trial court to grant a new trial and proceed to a final determination of the issues presented.

Error from District Court, Garvin County; A. C. Barrett, Judge.

Action by R. T. Sheegog against the Incorporated Town of Lindsay and others, wherein the plaintiff appeals from certain proceedings had in the district court. Appeal dismissed, with directions.